# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| ERNESTO VARGAS | CASE NO. |
|---|---|
| Plaintiff(s), | 8:19–cv–01193–DSF–JPR |
| v. | **Order to Show Cause re Dismissal for Lack of Prosecution** |
| DELTA AUTO PROTECT, et al. | |
| Defendant(s). | |

    Default has been entered by the Clerk as to the remaining defendants. No motion for default judgment has been filed. Plaintiff is ordered to file a motion for default judgment on or before January 13, 2020. Failure to file a default judgment motion by that date may result in sanctions, including dismissal for failure to prosecute.

    IT IS SO ORDERED.

Date: December 12, 2019          /s/ *Dale S. Fischer*
                                                Dale S. Fischer
                                                United States District Judge